## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| EDWARD R. FLYNN and KAREN FLYNN, | ) ) Case No. 1:14-cv-00084-WAL-GWC |
| Plaintiffs, | ) |
| v. | ) |
| HOVENSA, LLC, HESS CORP., HESS OIL VIRGIN ISLANDS CORP., and PDVSA, V.I. INC. Defendants. | ) ) ) ) |

## NOTICE OF SETTLEMENT

**COME NOW** Plaintiffs EDWARD R. FLYNN and KAREN FLYNN and Defendants HOVENSA L.L.C., HESS CORPORATION (incorrectly named "Hess Corp."), Hess Oil Virgin Islands Corp. and PDVSA V.I., Inc., through their respective undersigned counsel, and hereby notify the Court that all parties to this action have entered into a settlement agreement that disposes of all claims and disputes in this matter. The parties ask the matter remain open for 90 days while the parties execute settlement documents and allocate settlement proceeds.

Respectfully April 22, 2015

| | |
|---|---|
| **ILP+ MCCHAIN MILLER NISSMAN** | **BECKSTEDT AND ASSOCIATES** |
| Attorneys for Plaintiffs | Attorneys for Defendants |

| | |
|---|---|
| /s/ Scot F. McChain | /s/ Carl A. Beckstedt III |
| Scot F. McChain | Carl A Beckstedt III, Esq. |
| 53A Company Street | VI Bar No. 684 |
| Christiansted, USVI 00820 | 2162 Church Street |
| Tel: (340) 719-0601  Fax: (340) 719-0602 | Christiansted, USVI 00820 |
| | Tel: 340-719-8086 |
| | Fax: 800-886-6831 (fax) |
| | carl@beckstedtlaw.com |

**Certificate of Service**

   I certify that on April 22, 2015 I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court, using the CM/ECF system, which will send a notification of such filing to:

**Michael T. Droogan, Jr.**
Litchfield Cavo LLP
1515 Market Street
Suite 1220
Philadelphia, PA 19102
215-557-0111
215-557-3771 (fax)
Droogan@litchfieldcavo.com

**Richard H. Martin**
Litchfield Cavo LLP
1515 Market Street
Suite 1220
Philadelphia, PA 19102
215-557-0111
martin@litchfieldcavo.com

            _/s/_____Scot F. McChain_____
              Scot F. McChain